No. 4,148.—STATE, RESPONDENT, *v.* EDITH B. COLBY, APPELLANT.

*Appeal from District Court, Sanders County, in the Fourth Judicial District; J. M. Clements, a Judge of the First District, presiding.*

Decided June 22, 1918.

PER CURIAM.—Pursuant to the motion of respondent herein, and for good cause shown, the appeal in the above-entitled action is hereby dismissed.

*Mr. J. T. Mulligan,* of the Bar of Spokane, Washington, and *Mr. H. C. Schultz,* for Appellant.

---

No. 4,246.—THAD S. SMITH, RESPONDENT, *v.* JACOB MILLER, APPELLANT.

*Appeal from District Court, Yellowstone County; A. C. Spencer, Judge.*

Decided September 1, 1918.

PER CURIAM.—The motion of respondent to dismiss the appeal herein was, after due consideration by the court, granted and the appeal is accordingly dismissed.

*Mr. B. L. Price* and *Messrs. Delavou & Moore,* for Appellant.

*Mr. Thad S. Smith,* for Respondent.